UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| } | | Case # 11-23206 |
| | } | Chapter 13 |
| Debtor. | } | |
| Eduardo Temkin | | |
| Sandra Temkin | | |
| } | | |
| } | | |

WITHDRAWAL OF PROOF OF CLAIM

Please take notice that Nissan Motor Acceptance Corporation has filed the following:

*Withdrawal of Proof of Claim—Claim 2
due to: One Proof of claim was filed in error.*

Respectfully submitted,

*(signature)*

/s/ Dana Morrison

Nissan Motor Acceptance Corporation
P.O. Box 660366
Dallas, Texas 75266-9620
(800) 777-6700

# AutoDataDirect, Inc.

## VEHICLE DATA

| | | |
|---|---|---|
| **Tag:** 419TKI | **VIN:** 3N1AB6AP7AL722098 | **Title:** 104827233 |
| **Issue Date:** 08-24-2010 | **Make:** NISS | **Issue Date:** 08-24-2010 |
| **Exp. Date:** 06-30-2012 | **Model:** Sentra | **Prev. Issue:** |
| **Decal No:** 06538728 | **Year:** 2010 | **Prev. State:** |
| **Decal Type:** VDC | **Trim:** SR | **Title Trans ID:** 0633939400 |
| **Inventory Code:** RGS | **Body:** 4D | **Use:** PRIVATE |
| **Reg/Post Dates:** 05-05-2011 | **Color:** WHI | **Odo Read:** 0000015 |
| **Reg Trans ID:** 0663138744 | **Class Code:** 001 | **Date Read:** 07-31-2010 |
| **Date Acquired:** 07-31-2010 | **Weight:** 002891 | **Odo Status:** ACTUAL |
| **Co/Agy:** MIAMI/DADE / 15 | **GWV:** 000000 | **Rec. Sales Price:** $0.00 |
| **Co. Res:** 01 | **Length:** 000 | |

## REGISTRATION / TITLE INFORMATION

**Registration Status:** ACTIVE　　**Registration Use:** PRIVATE
\*\* THIS VEHICLE HAS AN ELECTRONIC TITLE \*\*
**Last title transaction type:** ORIGINAL - NEW

## VEHICLE OWNER

**Owner1:** SANDRA P IVANIER-TEMKIN DDS PA　　**Sex/DOB:** /　　**DL1#**
**Address:** 13315 SW 98TH PL　　MIAMI, FL 33176-0000
**Joint Ownership:** OR
**Owner2:** SANDRA IVANIER-TEMKIN　　**Sex/DOB**　　**DL2#**
**Address:** 13315 SW 98 PL　　MIAMI, FL 33176-6112

## REGISTRANT INFORMATION

**Registrant1:** SANDRA P IVANIER-TEMKIN DDS PA　　**Sex/DOB:** /　　**DL1#**
**Address:** 13315 SW 98TH PL　　MIAMI, FL 33176-0000
**Registrant2:** SANDRA IVANIER-TEMKIN　　**Sex/DOE**　　**DL**
**Address:** 13315 SW 98 PL　　MIAMI, FL 33176-6112

## LIENHOLDER 1 ELECTRONIC LIEN

**Name:** NISSAN MOTOR ACCEPTANCE CORP　　**Lien Date:** 07-31-2010
**Address:** PO BOX 254648　　SACRAMENTO, CA 95865-4648
**Customer Number:** 0208588940

⚠ Personal information (including, but not limited to: name, address, date of birth, DL number) appearing on driver and vehicle records is protected by Florida Statute 119.0712(2). The use of personal information for reasons not allowed by F.S. 119.0712(2) will result in loss of information access privileges and may result in legal action.

**Any person who knowingly discloses any information in violation of the Driver Privacy Protection Act (DPPA) may be subject to criminal sanctions and civil liability specified in State law for unauthorized use of the data.**

*Inquiry Results: 5/19/2011 8:32:59 AM*

**LAW® 553-FL-ARB-eps 5/09**

STORE# 056
FORM# 2347

DEAL# 6061463
STK# AL722098

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____  Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller - Creditor (Name and Address) |
|---|---|---|
| SANDRA P IVANIER TEMKIN DDS PA<br>13315 SW 98 PL<br>MIAMI FL 33176<br>Buyer's Birth Month: | SANDRA IVANIER-TEMKIN<br>13315 SW 98 PL<br>MIAMI FL 33176<br>Co-Buyer's Birth Month: May | MAROONE NISSAN OF KENDALL<br>17305 S DIXIE HWY<br>KENDALL FL 33157 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of 0 % per year. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| New | 2010 | NISSAN SENTRA | | 3N1AB6AP7AL722098 | [X] personal, family or household<br>[ ] business<br>[ ] agricultural   [ ] _____ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ .00 is |
|---|---|---|---|---|
| 0 % | $ .00 | $ 19,199.40 | $ 19,199.40 | $ 19,199.40 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 319.99 | Monthly beginning 09/14/2010 |
| Or As Follows: | | |
| 0 | | 08/14/2015 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5 % of each installment.

**Prepayment.** If you pay off all your debt early, you may have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

**WARRANTIES SELLER DISCLAIMS**
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**Returned Check Charge:** If any check or order of payment you give us is dishonored, you will pay a charge if we make demand that you do so. The charge will be $25 if the check amount is $50 or less; $30 if the check is over $50 but not more than $300; $40 if the check amount is over $300, or such amount as permitted by law.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only if the "personal, family or household" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

ORIGINAL LIENHOLDER

Buyer Signs X _____  Co-Buyer Signs X _____

LAW 553-FL-ARB-eps 5/09 v2   Page 1 of 6

| ITEMIZATION OF AMOUNT FINANCED | | |
|---|---|---|
| 1 Cash Price (including $1,107.37 sales tax) | | $ 18,730.20 (1) |
| 2 Total Downpayment = | | |
| Trade-in _____ | | |
| (Year) (Make) (Model) | | |
| Trade-in _____ | | |
| (VIN) | | |
| Gross Trade-In Allowance | $ n.a. | |
| Less Pay Off Made By Seller | $ n.a. | |
| Equals Net Trade In | $ n.a. | |
| + Cash | $ n.a. | |
| + Other _____ | $ n.a. | |
| (If total downpayment is negative, enter "0" and see 4J below) | | $ .00 (2) |
| 3 Unpaid Balance of Cash Price (1 minus 2) | | $ 18,730.20 (3) |
| 4 Other Charges Including Amounts Paid to Others on Your Behalf | | |
| (Seller may keep part of these amounts): | | |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies. | | |
| Life | $ n.a. | |
| Disability | $ n.a. | $ n.a. |
| B Vendor's Single Interest Insurance Paid to Insurance Company | | $ n.a. |
| C Other Optional Insurance Paid to Insurance Company or Companies | | $ n.a. |
| D Optional Gap Contract | | $ n.a. |
| E Official Fees Paid to Government Agencies  MVWEA | | $ 2.00 |
| F Government Documentary Stamp Taxes | | $ 67.20 |
| G Government Taxes Not Included in Cash Price | | $ n.a. |
| H Government License and/or Registration Fees | | $ 400.00 |
| I Government Certificate of Title Fees | | $ n.a. |
| J Other Charges (Seller must identify who is paid and describe purpose) | | |
| to n.a. | for Prior Credit or Lease Balance | $ n.a. |
| to | for | $ n.a. |
| to n.a. | for n.a. | $ n.a. |
| to n.a. | for n.a. | $ n.a. |
| to n.a. | for n.a. | $ n.a. |
| to n.a. | for n.a. | $ n.a. |
| to n.a. | for n.a. | $ n.a. |
| to n.a. | for n.a. | $ n.a. |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ 469.20 (4) |
| 5 Loan Processing Fee Paid to Seller (Prepaid Finance Charge) | | $ n.a. (5) |
| 6 Amount Financed (3 plus 4) | | $ 19,199.40 (6) |

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**Optional Service Contracts.**
You are not required to buy a service contract to obtain credit. Your choice of service contract providers for any service contracts you buy will not affect our decision to sell or extend credit to you.

**Rejection or Revocation.**
If you are permitted under Florida's Uniform Commercial Code to reject or revoke acceptance of the vehicle and you claim a security interest in the vehicle because of this, you must either: (a) post a bond in the amount of the disputed balance; or (b) deposit all installment payments as they become due into the registry of a court of competent jurisdiction.

**Servicing and Collection Contacts.**
You agree that we may try to contact you in writing, by e-mail, or using pre-recorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**Applicable Law**
Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

OPTION: ☐ You pay no finance charge if the Amount Financed, item 6, is paid in full on or before ___n.a.___, Year __n.a.__. SELLER'S INITIALS _____

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __n.a.__ Mos. __n.a.__
Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _____

ORIGINAL LIENHOLDER
Buyer Signs X _[signature] DOS PH_   Co-Buyer Signs X _[signature]_

LAW 553-FL-ARB-eps 5/09 v2   Page 2 of 6