UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R#294052

IN RE:  
EDUARDO TEMKIN  
SANDRA TEMKIN

CASE NO. 11-23206-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA
FEB 1 7 2012
FILED _____ RECEIVED

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,807.27 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: FEB 16 2012

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

EDUARDO TEMKIN  
SANDRA TEMKIN  
13315 SW 98 PL  
MIAMI, FL 33176

DON GONZALEZ, ESQUIRE  
1820 N. CORPORATE LAKES BLVD  
SUITE 201  
WESTON, FL 33326

NISSAN MOTOR CO.  
POB 24696  
DALLAS, TX 75266

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  11-23206-BKC-AJC
EDUARDO TEMKIN
SANDRA TEMKIN

                                      CHAPTER 13


EDUARDO TEMKIN
SANDRA TEMKIN
13315 SW 98 PL
MIAMI, FL 33176


DON GONZALEZ, ESQUIRE
1820 N. CORPORATE LAKES BLVD
SUITE 201
WESTON, FL 33326

NISSAN MOTOR CO.           ---------$      1,807.27
POB 24696
DALLAS, TX 75266                              UNDELIVERABLE/STALE
                                              CLAIM REGISTER# O

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130